UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARYVILLE JAMESTOWN OPCO, LLC, | ) |
| *Plaintiff*, | ) ) ) Case No. 3:23-cv-173 |
| v. | ) ) Judge Curtis L. Collier |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | ) Magistrate Judge Debra C. Poplin ) ) |
| *Defendants*. | ) |

## **MEMORANDUM**

Before the Court is the parties' joint motion to transfer this case to the Western District of North Carolina. (Doc. 13.)

Pursuant to 28 U.S.C. § 1404(a), "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

In support of their request, the parties state the Western District of North Carolina has twenty-one cases with identical legal issues and significant factual overlap because the same two individuals own the plaintiff entities in those cases. (Doc. 14 at 4–5.) Furthermore, they have consulted with Chief Judge Martin Reidinger of the Western District of North Carolina, "who has authorized counsel for the parties in these cases to represent that he is willing to have all of the out-of-district cases transferred to his docket, whereupon he will rule on the parties' request for consolidation [and] issue a single decision disposing of all 48 cases." (*Id.* at 5.) The parties also submit they have or will file similar joint motions to transfer venues in the other districts where lawsuits are pending. (*Id.* at 4.)

In light of the convenience and efficiency to be gained by transferring this action to the forum with the bulk of related cases, the Court concludes that it is in the interests of justice to transfer venue to the Western District of North Carolina.  Accordingly, the Court will **GRANT** the parties' joint motion (Doc. 13) and **DIRECT** the Clerk of Court to transfer this case to the Western District of North Carolina.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**